IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID ALLEN NEADEAU,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

12-cv-652-wmc

WARDEN ROBERT WERLINGER and
CAPTAIN A.C. BROE,

    Respondents.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for petitioner David Allen Neadeau's failure to prosecute under Fed. R. Civ. P. 41(b).

_____      12/4/12
Peter Opperieer, Clerk of Court          Date